JS-6

1 Jason A. Pollack (SBN 173173)
  LAW OFFICES OF JASON A. POLLACK
2 1100 Glendon Avenue, Suite 1080
  Los Angeles, CA 90024
3 Telephone (310) 824-8733
  Facsimile  (310) 824-9606
4
  Attorney for Plaintiff
5 SAMUEL WEBB

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL WEBB, | Case No.: EDCV 08-1343-VAP (OPx) |
| Plaintiff, | Assigned for All Purposes to: District Judge Virginia A. Phillips |
| v. | |
| | **STIPULATION OF DISMISSAL** |
| MURRAY HAYWARD DOES 1 THROUGH 25, Inclusive, | |
| Defendants. | |
| | Trial Date: August 4, 2009 |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: May 11, 2009

_Jason A. Pollack_
Jason A. Pollack
Attorney for Plaintiff SAMUEL WEBB

1
2   Dated: April 30, 2009                SNYDER LAW
3                                        /s/ Barry Snyder
4                                        Barry Clifford Snyder
5                                        Attorney for Defendant MURRAY HAYWARD
6
7
8
9
10                                                    IT IS SO ORDERED
11                                                    Dated June 5, 2009
12                                                    /s/ Virginia A. Phillips
13                                                    United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.: EDCV 08-1343-VAP (OPx)
Stipulation of Dismissal
2